

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sentry Select Insurance Co., as subrogee of
Sulphur Springs Ford Lincoln, Inc. d/b/a
Brian Toliver Ford Lincoln, Appellant

No. 06-19-00096-CV          v.

McRight-Smith Construction, LLC, f/k/a
IAM Construction, LLC, Appellee

Appeal from the 62nd District Court of
Hopkins County, Texas (Tr. Ct. No.
CV43564).     Memorandum     Opinion
delivered by Justice Burgess, Chief Justice
Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED JANUARY 14, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk